FORM NO. 2 (LF002)

# United States Bankruptcy Court
## Western District of Tennessee

In re **Melanie L. Bivens**
Debtor(s)

Case No.
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Melanie L. Bivens** | S.S.# **xxx-xx-4933** |
| | (W) | S.S.# |
| ADDRESS: | **2412 West End Row Dr.** | |
| | **Cordova, TN 38016** | |
| PLAN PAYMENT: | Debtor(s) to pay $ **235.00** | semi monthly |
| PAYROLL DEDUCTION: | yes    OR ( ) DIRECT PAY | |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: after notice | |
| PLACE OF EMPLOYMENT: | **State of Tennessee** | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

MONTHLY PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to _____ | $ **0.00** |
| | Child support arrearage amount _____ | $ **-NONE-** |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

HOME MORTGAGE:   If no arrearage, ongoing payments are to be paid directly by the debtor(s).

| | | | | |
|---|---|---|---|---|
| **-NONE-** | Ongoing pmt. Begin **N/A** | | | $ **N/A** |
| | Approx. arrearage **N/A** | Interest **N/A** % | | $ **N/A** |

SECURED CREDITORS;
(retain lien 11 U.S.C. Sec. 1325{a}{5})

| | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. Surrender, Lift Stay |
|---|---|---|---|
| **Patterson FCU** | $ .00 | 0.00 % | $ |
| **Santander Consumer USA/NCEP** | $ 20,959.26 | 5.25 % | $ 400.00 |

UNSECURED CREDITORS:   Pay **tbd** % of these claims after above claims are paid or pay all disposable income for term of plan; - Student loans are in deferment and are not to be paid through this plan***

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$122,892.00**

TERMINATION:   Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **Lubin Property Mgmt**: **house lease**
*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.
Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. General unsecured creditors will receive **tbd**%

DEBTOR'S ATTORNEY:   **Earnest Fiveash 10769**
**Earnest Fiveash**
**2600 Poplar Ave. #214**
**Memphis, TN 38112**
**901-417-8356 Fax:901-417-8367**